■ In the Matter of GANJEL P., a Person Alleged to be a Juvenile Delinquent, Appellant. [16 NYS3d 724]—

Order of disposition, Family Court, New York County (Susan R. Larabee, J.), entered on or about April 11, 2014, which adjudicated appellant a juvenile delinquent upon a fact-finding determination that he committed an act that, if committed by an adult, would constitute the crime of assault in the third degree, and placed him on probation for a period of 12 months, unanimously affirmed, without costs.

The fact-finding determination was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the court's credibility determinations. The evidence established that appellant was the initial aggressor, and it disproved his justification defense beyond a reasonable doubt. Concur—Friedman, J.P., Andrias, Saxe, Gische and Kapnick, JJ.